

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00800-CV

Brenda **PICKENS,**
Appellant

v.

Thomas **LEYTHAM,** M.D.,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00666
Honorable David A. Canales, Judge Presiding

# O R D E R

On March 12, 2014, Appellant Brenda Pickens filed a motion for rehearing and a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7. The court requests Appellee Thomas Leytham, M.D. to file a response to the motions. *See id.* R. 49.2. If Appellee chooses to file a response, Appellee must do so not later than **April 25, 2014.**

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

Keith E. Hottle
Clerk of Court